Entered on Docket
1/18/01

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IVETTE FLORES-SUAREZ, ET AL | * | |
| Plaintiffs | * | **JUDGMENT IN A CIVIL CASE** |
| v. | * | Civil Case 99-1133 (SEC/ADC) |
| TURABO MEDICAL CENTER PARTNERSHIP D/B/A HIMA,INC. | * | |
| Defendants | * | |

[X]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on   January 16, 2001.

[ ]  **Decision by Court.** This action came to trial on hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the verdict rendered on January 16, 2001, is incorporated in this judgment as though set forth in extenso.


January 18, 2001
Date

FRANCES RIOS DE MORAN
Clerk

(By) Deputy Clerk


