IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVETTE FLORES-SUAREZ, ET AL

   Plaintiffs

   vs.                             CIVIL NO. 99-1133 (SEC/ADC)

TURABO MEDICAL CENTER
PARTNERSHIP, D/B/A HOSPITAL
INTERAMERICANO DE MEDICINA
AVANZADA (HIMA)

   Defendant



## JUDGMENT

The Court, through the Honorable Magistrate Judge Aida M. Delgado-Colón, has entered an Opinion and Order on September 28, 2001. WHEREFORE, it is

ORDERED and ADJUDGED that defendant's Motion for Judgment as a Matter of Law and for New Trial (Docket No. 73) be DENIED. FURTHER, it is

ORDERED and ADJUDGED that plaintiffs' Motion to Strike Defendants Untimely Request for New Trial (Docket No. 82) is DENIED.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of September, 2001.

                                              FRANCES RIOS-DE MORAN
                                              Clerk of the Court

By: _____
      Brenda González-De la Concha
      Magistrate Courtroom Deputy