IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVETTE FLORES-SUAREZ, ET AL

   Plaintiffs

vs.                              CIVIL NO. 99-1133 (SEC/ADC)

TURABO MEDICAL CENTER
PARTNERSHIP, D/B/A HOSPITAL
INTERAMERICANO DE MEDICINA
AVANZADA (HIMA)

   Defendant



## AMENDED JUDGMENT

The Court, through the Honorable Magistrate Judge Aida M. Delgado-Colón, has entered an Order on September 12, 2001, (Docket No. 94). WHEREFORE, it is

ORDERED and ADJUDGED that plaintiffs' motions for reinstatement and amendment to the verdict (Docket Nos. 67, 74, 78, 83 and 85) be GRANTED. FURTHER, it is

ORDERED and ADJUDGED that said order (Docket No. 94) is hereby made part of this judgment as though set for in extenso.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of September, 2001.

                                          FRANCES RIOS-DE MORAN
                                          Clerk of the Court

By:    _____
        Brenda González-De la Concha
        Magistrate Courtroom Deputy