IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IVETTE FLORES-SUAREZ, ET AL,

    Plaintiffs

    v.

TURABO MEDICAL CENTER
PARTNERSHIP D/B/A HOSPITAL
INTERAMERICANO DE MEDICINA
AVANZADA

    Defendant

CIVIL NO. 99-1133(SEC/ADC)

## ORDER OF ATTACHMENT
### AGAINST TURABO MEDICAL CENTER D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA

Upon plaintiffs' Motion For Execution of Judgment And Request For Writ of Attachment, it is hereby:

**ORDERED** that vehicles, cash, checks, monies in banks and other institutions, accounts receivable, promissory notes, stock, bonds, furniture, medical and non-medical equipment, securities and any other property of TURABO MEDICAL CENTER D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA, subject to attachment, up to a total value of ONE MILLION AND SEVENTY SIX THOUSAND SIX AND SIXTY DOLLARS WITH SEVEN CENTS ($1,076,060.07), plus interests from the date of this Order, be attached, garnished, or seized to satisfy the total amount of the Judgment entered by this Court in this action.

**IT IS FURTHER ORDERED** that the properties to be attached in compliance with this Order consist of those designated by the plaintiffs in the manner provided for by the laws of Puerto Rico; it is further

**ORDERED** that the Clerk of this Court shall issue a Writ of Attachment, without bond, since the relief requested is subsequent to the entry of the above-mentioned Judgment, directed to a U.S. Marshal, directing him to attach, garnish or seize any and all vehicle, funds, furnishings or any other property in the possession of the TURABO MEDICAL CENTER D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA as may be designated by plaintiffs, including property in the possession of third persons. All such properties shall be seized and deposited before the Office of the Clerk of this Court if the same are monetary funds, or if they are other kind of property by placing the same under the custody of the Court and in the event of garnishment by giving notice of this Order to persons and/or entities indebted to defendant TURABO MEDICAL CENTER D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA, including but not limited to the Commonwealth Treasury Department ("Departamento de Hacienda del Estado Libre Asociado de Puerto Rico") and requiring them the surrender of the property or payment of the monies to the U.S. Marshal designated in this Order to execute the Writ of Attachment, at the time the obligation of such third persons or entities becomes due and payable. The person designated to execute this writ is hereby authorized to break and open locks as may be necessary to execute the attachment; it is further

**ORDERED**, that included in the property to be attached and seized are all and any funds defendant may have deposited with any bank in Puerto Rico, which is hereby directed to pay any sums the defendant may have deposited in the institution to the Clerk of the US District Court; it is further

**ORDERED** that the designated executor of the Writ of Attachment shall thereafter file a return of execution describing the property attached, garnished or seized pursuant to this Order.

**SO ORDERED** at San Juan, Puerto Rico this _13_ day of _Nov_, 2001.

(Signed) _____
U.S. Magistrate Judge

**THEREFORE**, you are hereby required to execute this writ issued pursuant to the above Order, by attaching forthwith all such properties of the defendant TURABO MEDICAL CENTER D/B/A HOSPITAL INTERAMERICANO DE MEDICINA AVANZADA as may be designated by plaintiffs, including property in the possession of other persons, seizing personal property so designated, or by depositing such personal property in the Clerk Office of this Court, if it may be money, in execution of the Judgment in this case in favor plaintiffs.

In San Juan, Puerto Rico, this _13_ day of _____, 2001.

**CLERK OF THE COURT**

s/cs:to ( 5 )
attys/pts
in ICMS

MAR - 8 2002

By: _____
**DEPUTY CLERK**